IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| LUND INDUSTRIES, INC., Plaintiff, v. EGR, INC., Defendant. | ) | Civil Action No. 01-2017 (DWF/AJB) **ORDER** |

IT IS HEREBY ORDERED that Troy E. Grabow be permitted to appear in this Court as counsel for defendant EGR, Inc. and to participate in all matters relating to the case listed above. William F. Forsyth and the firm of Henson & Efron, P.A., shall continue to participate in the presentation of the case listed above and shall accept service of all papers served.

Dated: 3/25/02

BY THE COURT:

UNITED STATES MAGISTRATE JUDGE

175088.WPD

MAR 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK