**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LUND INDUSTRIES, INCORPORATED,

Plaintiff,

v.

EGR, INCORPORATED,

Defendant.

Civil No. 01-2017 (JEL/AJB)

**ORDER OF DISMISSAL**

---

Philip Caspers, Esq., Douglas Williams, Esq., Anthony Zeuli, Esq., and John Berns, Esq., Merchant & Gould, 80 South 8th Street, Suite 3200, Minneapolis, MN 55402, counsel for Plaintiff.

William Forsyth, Esq., and Neil Kliebenstein, Esq., Henson & Efron, 220 6th Street South, Suite 1800, Minneapolis, MN 55402-4503; John Hornick, Esq., Bruce Zotter, Esq., and Troy Grabow, Esq., Finnegan Henderson Farabow Garrett & Dunner, 1300 I Street Northwest, Suite 600, Washington, DC 20005-3315, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, ~~for good cause shown~~, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 22, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed MAY 22 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______